UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) MAG-07-104 DAD
v. )
)
ERNEST McNEAL )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    ERNEST McNEAL, X-REF. NO: 2155125
Detained at (custodian):    RCCC - Elk Grove, California

Detainee is:    a.)    (X) charged in this district by: ( ) Indictment   ( ) Information   (X) Complaint
                     charging detainee with: Possession with Intent to Distribute
     or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:      /s/ ANNE PINGS
Printed Name & Phone No:      Anne Pings (916) 554-2785
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 4/17/06

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | | X Male   Female |
| Booking or CDC #: | X - REF. NO. 2155125 | DOB: 5/20/66 |
| Facility Address: | 12500 Bruceville Road | Race: |
| | Elk Grove, CA 95757 | FBI #: |
| Facility Phone: | (916) 874-1837 | |
| Currently Incarcerated For: | Possession with Intent to Distribute at Least 5 grams cocaine base, after having been previously convicted of narcotics offense by more than one year. | |

### RETURN OF SERVICE

Executed on _____     By: _____
                                                        (Signature)