| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, D.C. Bar #446153 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
EARNEST MCNEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-180 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| EARNEST MCNEAL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on July 23, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case and to continue discussions with the government about possible resolution of the case. The defendant requests that time be excluded from his speedy trial rights so that discussions with the government, discovery, preparation and investigation can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to September 24, 2007, at 8:30 a.m.

The parties stipulate that the time period from the date of the filing of this motion, July 23, 2007, to September 24, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: July 23, 2007

                    Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Anne Pings<br>ANNE PINGS<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Earnest McNeal |

1

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | IN THE UNITED STATES DISTRICT COURT                                                  |
| 2   | FOR THE EASTERN DISTRICT OF CALIFORNIA                                               |

UNITED STATES OF AMERICA,       ) CASE NO. CR-S-07-180 WBS
                                )
        Plaintiff,         )
                                )
   v.                           ) ORDER CONTINUING STATUS HEARING
                                ) AND TO EXCLUDE TIME
                                )
EARNEST MCNEAL                  )
                                )
        Defendant.         )
_____  )

    For the reasons set forth in the stipulation of the parties, filed on July 23, 2007, IT IS HEREBY ORDERED that the status hearing currently scheduled for July 23, 2007, be continued to September 24, 2007.

    The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 23, 2007 stipulation, the time under the Speedy Trial Act is excluded from July 23, 2007, through September 24, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 22, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE