DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EARNEST MCNEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-180 WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| EARNEST MCNEAL ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This case is currently scheduled for a status hearing on September 24, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case and to continue discussions with the government about possible resolution of the case. The defendant requests that time be excluded from his speedy trial rights so that discussions with the government, discovery, preparation and investigation can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to November 13, 2007, at 8:30 a.m.

The parties stipulate that the time period from the date of the filing of this motion, September 25, 2007, to November 13, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: September 25, 2007

                        Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/Lexi Negin for Anne Pings | /s/ Lexi Negin |
| ANNE PINGS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Earnest McNeal |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   CASE NO. CR-S-07-180 WBS
                                         )
                    Plaintiff,           )
                                         )
        v.                               )   ORDER CONTINUING STATUS HEARING
                                         )   AND TO EXCLUDE TIME
                                         )
EARNEST MCNEAL                           )
                                         )
                    Defendant.           )
_____          )

    For the reasons set forth in the stipulation of the parties, filed on September 25, 2007, IT IS HEREBY ORDERED that the status hearing currently scheduled for September 24, 2007, be continued to November 13, 2007.

    The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 25, 2007 stipulation, the time under the Speedy Trial Act is excluded from September 25, 2007, through November 13, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 24, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE