DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EARNEST MCNEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-07-180 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER TO |
| v. | ) | CONTINUE STATUS CONFERENCE |
| | ) | |
| EARNEST MCNEAL | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on November 13, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case and to continue discussions with the government about possible resolution of the case. The defendant requests that time be excluded from his speedy trial rights so that discussions with the government, discovery, preparation and investigation can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to December 3, 2007, at 8:30 a.m.

The parties stipulate that the time period from the date of the filing of this motion, November 9, 2007, to December 3, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED: November 9, 2007

Respectfully submitted,

McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney               Federal Defender


 /s/Lexi Negin for Anne Pings          /s/ Lexi Negin
ANNE PINGS                            LEXI NEGIN
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States           Attorney for Earnest McNeal

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CASE NO. CR-S-07-180 WBS
                                    )
                    Plaintiff,      )
                                    )
        v.                          )     ~~PROPOSED~~ ORDER CONTINUING STATUS
                                    )     HEARING AND TO EXCLUDE TIME
                                    )
EARNEST MCNEAL                      )
                                    )
                    Defendant.      )
_____     )

        For the reasons set forth in the stipulation of the parties, filed on November 9, 2007,  IT IS

HEREBY ORDERED that the status hearing currently scheduled for November 13, 2007, be continued to

December 3, 2007.

        The Court finds that the ends of justice to be served by granting a continuance outweigh the best

interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that,

for the reasons stated in the parties' November 9, 2007 stipulation, the time under the Speedy Trial Act is

excluded from November 9, 2007, through  December 3, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)

and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.


Dated:  November 8, 2007

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

2