```
 1 │ DANIEL BRODERICK, Bar #89424
   │ Federal Defender
 2 │ Lexi Negin, D.C. Bar #446153
   │ Assistant Federal Defender
 3 │ 801 I Street, 3rd. Floor
   │ Sacramento, California  95814
 4 │ Telephone: (916) 498-5700
 5 │ Attorney for Defendant
   │ EARNEST MCNEAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-07-180 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| EARNEST MCNEAL | ) |
| Defendant. | ) |

This case is currently scheduled for a status hearing on April 28, 2008.  The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and investigation of the case and to continue discussions with the government about resolution of the case.  The defendant requests that time be excluded from his speedy trial rights so that discussions with the government, discovery, preparation and investigation can continue.

The parties, through their respective counsel, hereby stipulate and agree that the currently scheduled status hearing be continued to May 19, 2008, at 8:30 a.m.

The parties stipulate that the time period from the date of the filing of this motion, April 23, 2008, to May 19, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to review discovery and conduct investigation.

A proposed order is attached and lodged separately for the court's convenience.

1

DATED:April 23, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |

| | |
|---|---|
| /s/Lexi Negin for Anne Pings | /s/ Lexi Negin |
| ANNE PINGS | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Earnest McNeal |

|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,               )  CASE NO. CR-S-07-180 WBS
                                        )
            Plaintiff,                  )
                                        )
      v.                                )  ORDER CONTINUING STATUS HEARING
                                        )  AND TO EXCLUDE TIME
                                        )
EARNEST MCNEAL                          )
                                        )
            Defendant.                  )
_____)

For the reasons set forth in the stipulation of the parties, filed on April 23, 2008, IT IS HEREBY ORDERED that the status hearing currently scheduled for April 28, 2008, be continued to May 19, 2008.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 23, 2008 stipulation, the time under the Speedy Trial Act is excluded from April 23, 2008, through May 19, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 22, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE