```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2785
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,      )
                                   )    CR. No. S-07-0180-WBS
12          Plaintiff,             )
                                   )
13          v.                     )    STIPULATION & ~~PROPOSED~~ ORDER
                                   )    SETTING STATUS HEARING
14  ERNEST McNEAL,                 )
                                   )
15          Defendant.             )
    _____)
16
```

It is hereby stipulated and agreed, by and between the defendant Ernest McNeal, by and through his counsel, Lexi Negin, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the previously set status hearing date of May 19, 2008, and to set a new status hearing date of <u>June 16, 2008, at 8:30 a.m.</u> for entry of plea.

Unfortunately, the assigned prosecutor will be out of the jurisdiction on May 19, 2008 to attend a family funeral.  The Court's next available date for entry of plea is June 16, 2008. Counsel for the defendant has stated that she will use the additional time to review a proposed plea agreement, discuss it with her client, and conduct any additional factual investigation

-1-

necessary in order to advise her client and prepare him for entry of plea.

The proposed date of June 16, 2008 at 2:30 p.m., is the next date available to the Court. The availability of the date has been verified with the Court's clerk.

The parties agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of counsel) in that the ends of justice served by allowing defendant's counsel time to conduct additional investigation in a manner she believes appropriate to provide effective representation at trial outweigh the best interest of the public and the defendant in a speedy trial.

DATED: May 16, 2008                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Anne Pings
                                       _____
                                       ANNE PINGS
                                       Assistant United States Attorney


                                       /s/ Anne Pings
                                       _____
                                       For Lexi Negin
                                       Counsel for Defendant McNeal

**IT IS SO ORDERED.**

Dated: May 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE