```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Counsel Designated for Service
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ERNEST McNEAL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S 07-180-01 WBS |
|---|---|
| Plaintiff, | ) ***AMENDED*** **STIPULATED MOTION AND** |
| | ) **[lodged] ORDER TO REDUCE SENTENCE** |
| v. | ) **PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| ERNEST J. McNEAL, | ) **RETROACTIVE CRACK COCAINE** |
| | ) **REDUCTION CASE** |
| Defendant. | ) |
| | ) Judge: Honorable WILLIAM B. SHUBB |

Defendant, ERNEST J. McNEAL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, First Assistant U.S. Attorney PHILLIP A. TALBERT, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On October 6, 2008, this Court sentenced Mr. McNeal to a term of imprisonment of 112 months;

3. Mr. McNeal's original total offense level was 31, and with a

criminal history category of VI, his resulting guideline range was 188 to 235 months. He was sentenced pursuant to the parties' Rule 11(c)(1)(C) plea agreement to a term of 112 months, which was calculated using the guideline for crack cocaine offenses, USSG § 2D1.1 despite Mr. McNeal's career offender status; thus, Mr. McNeal's sentence was in fact "based on" the crack cocaine guideline within the meaning of 18 U.S.C. § 3582(c)(2). One-hundred-and-twelve months was the middle of the then-applicable guideline range as agreed to by the parties;

4. The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing, and the proposed reduced sentence of 103 months is comparably less than the amended guideline range;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. McNeal's term of imprisonment to a term of 103 months.

Dated: April 30, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Phillip A. Talbert*<br>PHILLIP A. TALBERT<br>First Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>ERNEST J. McNEAL |

*AMENDED* STIPULATED MOTION AND ORDER TO REDUCE SENTENCE
-2-

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On October 6, 2008, this Court sentenced Mr. McNeal to a term of imprisonment of 112 months. The parties agree, and the Court finds, that Mr. McNeal is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties.

IT IS HEREBY ORDERED that the term of imprisonment is reduced to a term of 103 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.

Unless otherwise ordered, Mr. McNeal shall report to the United States Probation office closest to the release destination within seventy-two hours after his release.

Dated: May 1, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE